**E-FILING**

1  Joseph P. Russionello
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

**FILED**

JUL - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7                       SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,        )   CRIMINAL NO. 08-mj-70396 HRL
9                                   )
       Plaintiff,                   )   NOTICE OF PROCEEDINGS ON
10                                  )   OUT-OF-DISTRICT CRIMINAL
       v.                           )   CHARGES PURSUANT TO RULES
11                                  )   5(c)(2) AND (3) OF THE FEDERAL RULES
   Ricardo Valdez-Rangel            )   OF CRIMINAL PROCEDURE
12     Defendant.                   )
13                                  )
                                    )

14     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

15  Procedure that on  7/2/08 , the above-named defendant was arrested based upon an

16  arrest warrant (copy attached) issued upon an

17     ☐ Indictment    ☑ Information    ☐ Criminal Complaint    ☐ Other_____

18  pending in the  Eastern  District of  California , Case Number 08CR0019 .

19     In that case, the defendant is charged with a violation(s) of Title(s)  8  United States Code,

20  Section(s) 1326

21  Description of Charges:  Deported Alien Found in United States

22

23                              Respectfully Submitted,
                                Joseph P. Russionello
24                              UNITED STATES ATTORNEY

25  Date: 7/2/08                 _____
                                Assistant U.S. Attorney
26

27

28

1

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of California

Criminal Division

**FILED**
JUN 1 9 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## THE UNITED STATES OF AMERICA

vs.

**RICARDO VALDEZ-RANGEL**
aka Ricardo Valdes-Rangel
aka Jorge Valdez-Alvaro
aka Alvaro Valdez-Rodriguez
aka Alvaro Valdez

1: 0 8 CR   0 0 1 9 1 LJO

## I N D I C T M E N T

VIOLATION(S): 8 U.S.C. § 1326 (a) & (b) (2) - Deported Alien Found in the United States (Felony)

A true bill.

_____/S/_____
Foreman.

Filed in open court this _____ day

of _____, A.D. 20 _____

_____
Clerk.

Bail. $ ___**NO BAIL WARRANT**___

GPO 863 525

USMS E-CA FRESNO    Fax:    Jul 2 2008 08:54am P003/004
Case 5:08-mj-70396-HRL   Document 1   Filed 07/02/2008   Page 3 of 7
Case 1:08-cr-0    1-LJO   Document 1   Filed 06/19/2008   Page 1 of 2

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
```

**COPY**

**FILED**

JUN 19 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICARDO VALDEZ-RANGEL<br>　　aka Ricardo Valdes-Rangel<br>　　aka Jorge Valdez-Alvaro<br>　　aka Alvaro Valdez-Rodriguez<br>　　aka Alvaro Valdez,<br><br>　　　　　Defendant. | CR. No. 1:08 CR 00191 LJO<br><br>VIOLATION:<br>8 U.S.C. § 1326(a) and (b)(1)<br>- Deported Alien Found in the<br>United States (Felony) |

I hereby attest and certify on 6/20/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Deputy

I N D I C T M E N T

The Grand Jury charges: T H A T

　　　　RICARDO VALDEZ-RANGEL
　　　　　　aka Ricardo Valdes-Rangel
　　　　　　aka Jorge Valdez-Alvaro
　　　　　　aka Alvaro Valdez-Rodriguez
　　　　　　aka Alvaro Valdez,

defendant herein, an alien, on or about January 24, 2006, was excluded, deported, or removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

　　Possession of methamphetamine with a firearm and petty

1

theft with priors in violation of California Health and Safety Code § 11370.1(a) and Penal Code § 666, on or about December 16, 1992, in the Superior Court of California, County of Riverside, and the defendant was sentenced to three years imprisonment (Case No. ICR 16199, 16200); Unlawful entry into the United States in violation of 8 U.S.C. § 1325(a)(1), on or about October 21, 1998, in the U.S. District Court for the District of Idaho, and the defendant was sentenced to twenty-four months imprisonment (Case No. 1:98CR00016-001);

and thereafter on or about January 30, 2008, the defendant was found within the State and Eastern District of California, with neither the United States Attorney General or the Secretary of the Department of Homeland Security having expressly consented to a reapplication by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL.

/s/ Signature on file w/AUSA
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By: *Sheila K. Oberto*
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office

2

AO 257 (Rev. 10/85)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

By: [ ] COMPLAINT  [ ] INFORMATION  [X] INDICTMENT

Name of District Court, and/or Judge Magistrate Location (city)
EASTERN DISTRICT OF CALIFORNIA
FRESNO, CALIFORNIA

SEE INDICTMENT

___ Petty
___ Minor
___ Misdemeanor
[X] Felony

DEFENDANT — U.S. vs.
RICARDO VALDEZ-RANGEL

Address: 1:08 CR 0 0 1 9 1 LJO

Birth Date: (Optional unless a juvenile)
[X] Male  ___ Female  ___ Alien (if applicable)

Place of Offense: KERN COUNTY

U.S.C. Citation: SEE INDICTMENT

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
ICE/CLARKE

[ ] this person is awaiting trial in another give name of court.

[ ] this person/proceeding is transferred from per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution previously dismissed which dismissed on motion of:
[ ] U.S. Att'y  [ ] Defense
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same prior proceeding or before U.S. Magistrate this defendant were recorded
MAGISTRATE CASE NO.

### DEFENDANT

IS NOT IN CUSTODY
1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges ____
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

IS IN CUSTODY
4) [ ] On this charge
5) [ ] On another conviction  [ ] Fed  [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ___ Yes  ___ No
If "Yes" give date

DATE OF ARREST ▸ Mo. Day Year

Or ... if arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ▸ Mo. Day Year

Name and Office of Person Furnishing information on THIS FORM
LYNETTE DIXON
[X] U.S.  [ ] Other U.S. Agency

[ ] This report amends AO 257 previously submitted

Name of Asst. U.S.
IAN L. GARRIQUES

### ADDITIONAL INFORMATION OR COMMENTS

BAIL STATUS: ISSUE NO BAIL WARRANT

## PENALTY SLIP

**DEFENDANT:** RICARDO VALDEZ-RANGEL

**VIOLATION:** 8 U.S.C. § 1326 (a) & (b) (2)
Deported Alien Found in the
United States (Felony)

**PENALTY:** 20 years imprisonment
Not more than $250,000 fine

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

USA,

v.

RICARDO VALDEZ-RANGEL,

**WARRANT FOR ARREST**

Case Number: 1:08-CR-00191-LJO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Ricardo Valdez-Rangel,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Violation Petition   ☐ Other

charging him or her with (brief description of offense)
**Deported Alien Found in the US (Felony)**

in violation of Title **8**   United States Code, Section(s) **1326**

| J. Hellings | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | 6/20/08   Fresno |
| | Date and Location |

Bail fixed at   **NO BAIL**   by   Magistrate Judge Gary S. Austin

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |