# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

July 2, 2008

**Clerk of Court**
**US District Court for Eastern California**
**2500 Tulare Street, Suite 1501**
**US Courthouse Building**
**Fresno, CA 93721-2201**

Case Name:        **USA-v-Ricardo Valdez-Rangel**
Case Number:    **5-08-70396-HRL  (Your Case# 1:08-CR-00191-LJO)**
Charges:             **8:1326**
Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd.  The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant
           to your district forthwith.

    (  )    The defendant has a court appearance in your court on:

Enclosed are the following documents:

    Original  Rule 5 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*
    Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office
-----------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____          **CLERK, U.S. DISTRICT COURT**

                                                        **By** _____
                                                                **Deputy Clerk**