# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**
General Court Number
408.535.5363

2008 JUL 16  P 3: 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

July 2, 2008

**Clerk of Court**
**US District Court for Eastern California**
**2500 Tulare Street, Suite 1501**
**US Courthouse Building**
**Fresno, CA 93721-2201**

Case Name:        USA-v-Ricardo Valdez-Rangel
Case Number:      5-08-70396-HRL  (Your Case# 1:08-CR-00191-LJO)
Charges:          8:1326

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )  The defendant has a court appearance in your court on:

Enclosed are the following documents:

Original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _Cita F. Escolano_
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Date: __7/8/08__

CLERK, U.S. DISTRICT COURT

By _Martin_
Deputy Clerk